| | |
|---|---|
| 1 | DANIEL J. BRODERICK, Bar #89424 |
|   | Federal Defender |
| 2 | RACHEL HILL, Bar #151522 |
|   | Assistant Federal Defender |
| 3 | Designated Counsel for Service |
|   | 2300 Tulare Street, Suite 330 |
| 4 | Fresno, California 93721-2226 |
|   | Telephone: (559) 487-5561 |
| 5 | |
| 6 | Attorney for Defendant |
|   | JUAN JAIME RAMIREZ-SOLIS |

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,  )
                                     )  No. 1:08-cr-0354 LJO
      *Plaintiff,*        )
                                     )  STIPULATION AND ORDER TO CONTINUE
  v.                                )  STATUS CONFERENCE HEARING
                                   )
JUAN JAIME RAMIREZ-SOLIS,  )  Date:  January 30, 2009
                                   )  Time:  9:00 A.M.
     *Defendant.*      )  Dept :  Hon. Lawrence J. O'Neill
_____)

**IT IS HEREBY STIPULATED** by and between the parties hereto, and through their respective attorneys of record herein, that the status conference hearing in the above-referenced action now scheduled for January 16, 2009, **may be continued to January 30, 2009, at 9:00 A.M.**

This continuance is requested by counsel for the reason that counsel has not yet received the presentence investigation report to assist in possible resolution. The requested continuance will conserve time and resources for all parties and the court.

///

///

///

///

///

1   The parties agree that the delay resulting from the continuance shall be excluded in the interests of
2   justice, including but not limited to, the need for the period of time set forth herein for further defense
3   preparation pursuant to 18 U.S.C. §§3161(h)(8)(A) and 3161(h)(8)(B)(i) and (iv).

McGREGOR W. SCOTT
United States Attorney

DATED: January 7, 2009            /s/ Ian Garriques
                                  IAN GARRIQUES
                                  Assistant United States Attorney
                                  Attorney for Plaintiff


DANIEL J. BRODERICK
Federal Defender

Dated: January 7, 2009             /s/ Rachel Hill
                                   RACHEL HILL
                                   Assistant Federal Defender
                                   Attorney for Defendant
                                   Juan Jaime Ramirez-Solis


**O R D E R**

Good cause exists for the short continuance.

IT IS SO ORDERED.

**Dated:   January 7, 2009**            /s/ Lawrence J. O'Neill
                                        UNITED STATES DISTRICT JUDGE

Stipulation to Continue Status
Conference Hearing;  Order                    2